# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTA JAMES,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. EDCV 18-1419-GW (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Joint Stipulation, Administrative Record, and all other records on file as well as the Report and Recommendation of U.S. Magistrate Judge. No objections to the R. & R. have been filed.

　　　The Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that judgment be entered in Plaintiff's favor and that this matter be remanded for further proceedings consistent with the Report and Recommendation.

DATED: January 11, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE