JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTA JAMES, | ) | Case No. EDCV 18-1419-GW (JPR) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order remanding for further proceedings is GRANTED; (2) the Commissioner's request for an order affirming his final decision is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: January 11, 2021

_____
GEORGE H. WU
U.S. DISTRICT JUDGE